DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY J. WHITLEY,<br><br>                          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., and SYNCB/CARE CREDIT<br><br>                          Defendants. | Case No.: 2:15-cv-01628-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME SYNCHRONY BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Synchrony Bank thirty additional days from the date of entry of this order to file a responsive pleading. Plaintiff Tammy Whitley (**Plaintiff**) filed her complaint on August 24, 2015.  ECF No. 1. Pursuant to Stipulation of the parties, Synchrony Bank shall have until October 22, 2015 to file a responsive pleading.

The parties enter into this stipulation in order to address current time constraints on defense counsel, and provide the parties with additional time to pursue settlement.

This is the parties first request for an extension.

{36228732;1}

Tammy J. Whitley v. Experian Information Solutions, Inc., et al
2:15-cv-01628-KJD-CWH

DATED this 21st day of September, 2015.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Synchrony Bank* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** September 22, 2015

{36228732;1}

2