DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY J. WHITLEY,<br><br>                          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., and SYNCB/CARE CREDIT<br><br>                          Defendants. | Case No.: 2:15-cv-01628-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME SYNCHRONY BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Synchrony Bank a brief extension of seven days thirty days from the date of entry of this order to file a responsive pleading. Plaintiff Tammy Whitley (**Plaintiff**) filed her complaint on August 24, 2015. ECF No. 1. Pursuant to Stipulation of the parties, Synchrony Bank shall have until November 13, 2015 to file a responsive pleading.

The parties enter into this stipulation in order to provide the parties with additional time to reach settlement.

This is the parties' third request for an extension.

{36565545;1}

Tammy J. Whitley v. Experian Information Solutions, Inc.
2:15-cv-01628-KJD-CWH

DATED this 6th day of November, 2015.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Synchrony Bank* |

**ORDER**

**IT IS SO ORDERED:**

_____
 United States Magistrate Judge

**DATED:** November 9, 2015